UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 4:17-CV-00174-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF NORTH CAROLINA,<br>Plaintiffs, | ) ) ) ) ) ) ) | |
| v. | ) ) ) | |
| A PERFECT FIT FOR YOU, INC., MARGARET A. GIBSON, and SHELLEY P. BANDY,<br>Defendants, | ) ) ) ) ) ) | ORDER |
| A PERFECT FIT FOR YOU, INC.,<br>Crossclaim Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | |
| RONALD WAYNE GIBSON, R. WAYNE GIBSON, INC. d/b/a GIBSON CONSTRUCTION CO., INC., and RW & MA, LLC,<br>Crossclaim Defendants. | ) ) ) ) ) ) | |

Upon motion, request, and proper showing by attorney for Plaintiffs, United States of America and the State of North Carolina, the named Defendant, Shelley P. Bandy, having failed to appear, plead, or otherwise defend herself as provided by the Federal Rules of Civil Procedure, default is hereby entered against Defendant, Shelley P. Bandy, pursuant to the Federal Rule of Civil Procedure 55(a).

This the 26 day of June, 2019.

*signature*
PETER A. MOORE, JR.
Clerk of Court