UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF NORTH CAROLINA, ) ) ) Plaintiff, ) ) ) v. ) ) A PERFECT FIT FOR YOU, INC., MARGARET A. ) GIBSON, and SHELLEY P. BANDY, ) ) Defendants. ) | **DEFAULT JUDGMENT IN A CIVIL CASE** **CASE NO. 4:17-CV-174-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that default judgment is entered against defendant Shelley P. Bandy in the amount of $34,708,945.42, because she knowingly caused false statements, caused false claims, and engaged in a fraudulent scheme to obtain federal funds.

**This Judgment Filed and Entered on November 14, 2019, and Copies To:**

| | |
|---|---|
| Asia J. Prince | (via CM/ECF electronic notification) |
| Christopher M. Anderson | (via CM/ECF electronic notification) |
| Freeman Edward Kirby, Jr. | (via CM/ECF electronic notification) |
| Michael M. Berger | (via CM/ECF electronic notification) |
| Philip J. Mohr | (via CM/ECF electronic notification) |
| E. Bradley Evans | (via CM/ECF electronic notification) |
| Michael J. Parrish | (via CM/ECF electronic notification) |

DATE:                                                     PETER A. MOORE, JR., CLERK

November 14, 2019                            (By)  /s/ Nicole Sellers
                                                                    Deputy Clerk